COLES, trustee, *v.* BENNETT *et al.; et vice versa.*

HILL, J. This case falls within the well-recognized rule that the first grant of a new trial will not be disturbed unless the verdict was required. Civil Code, § 6204.

*Judgment affirmed on main bill of exceptions; cross-bill of exceptions dismissed. All the Justices concur.*

FEBRUARY 15, 1917.

Equitable petition. Before Judge Ellis. Fulton superior court. January 7, 1916.

*Lovick G. Fortson,* for plaintiff.

*J. E. Mozley* and *H. B. Moss,* for defendants.